**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI)
-------------------------------- :
This Document Relates To:
-------------------------------- : CIVIL ACTION NO. MDL 875

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWIN BAIRD AND VIRGINIA BAIRD

vs. C. A. No. 02-070T

A.P. GREEN, INC. et al

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance on behalf of Hopeman Brothers in connection with the above-captioned case.

HOPEMAN BROTHERS
By its Attorneys,

/s/ R. Bart Totten
MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: September 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Entry of Appearance through the ECF system on the 19th day of September, 2006, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 02-070T.

/s/ R. Bart Totten

26689_1.doc